UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYSTEMAIRE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV2136-SNL |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the motion to dismiss without prejudice is **SUSTAINED** and this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this   19th   day of May, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com